Joel E. Tasca
Nevada Bar No. 14124
Kyle A. Ewing
Nevada Bar No. 14051
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for Defendant
PHH Mortgage Corporation (incorrectly named as "Mortgage Service Center" in the Complaint)*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SAMUEL SARRI,<br><br>             Plaintiff,<br><br>v.<br><br>MORTGAGE SERVICE CENTER; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SERVICES, INC,<br><br>             Defendants. | CASE NO.  2:16-cv-01862-APG-PAL<br><br>**JOINT MOTION AND ORDER TO EXTEND PHH MORTGAGE CORPORATION'S TIME TO RESPOND TO COMPLAINT**<br><br>**(Third Request)** |

Defendant PHH Mortgage Corporation (incorrectly named in the Complaint as "Mortgage Service Center") ("PHH") and Plaintiff Samuel Sarri previously stipulated that the deadline for PHH's response to Plaintiff's complaint be extended to November 13, 2016. (ECF Nos. 15, 16). Plaintiff and PHH now stipulate and agree that PHH has up to and including November 20, 2016, to respond to plaintiff's complaint, to provide time for PHH to prepare a potentially dispositive motion. This is the parties' third and final request for an extension of time for PHH to respond to Plaintiff's Complaint.

[*continued on the  following page*]

DMWEST #15159439 v1

1  This request is made in good faith and is not made for purposes of delay.

2  Dated: November 11, 2016.

4  BALLARD SPAHR LLP

KNEPPER & CLARK, LLC

6  By: /s/ Kyle A. Ewing
Joel E. Tasca
Nevada Bar No. 14124
Kyle A. Ewing
Nevada Bar No. 14051
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

By: /s/ Matthew I. Knepper
Matthew I. Knepper
Nevada Bar No. 12796
10040 W. Cheyenne Ave.
Suite 170-109
Las Vegas, NV 89129

HAINES & KRIEGER

*Attorneys for Defendant
PHH Mortgage Corporation
(incorrectly named as "Mortgage
Service Center" in the Complaint)*

David H. Krieger
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
(702) 880-5554
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  November 15, 2016