UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Samuel Sarri,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Mortgage Service Center, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:16-cv-01862-APG-PAL<br><br>**ORDER**<br><br>(ECF Nos. 19, 23) |

　　　　The parties' stipulation to amend the complaint (ECF No. 23) is granted. The plaintiff shall file and serve the amended complaint as required under Local Rule 15-1(b).

　　　　Based on the filing of an amended complaint, the motion to dismiss the original complaint (ECF No. 19) filed by defendant PHH is denied without prejudice as moot.

　　　　Dated: December 20, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE